*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 6, 2015                    106476
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

MELINDA BAKER,
                        Appellant.
_____

Calendar Date:   June 8, 2015

Before:  Lahtinen, J.P., Rose, Devine and Clark, JJ.

_____

Michael C. Ross, Bloomingburg, for appellant.

D. Holley Carnright, District Attorney, Kingston (Joan Gudesblatt Lamb of counsel), for respondent.

_____

Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered October 9, 2013, convicting defendant upon her plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

In satisfaction of a six-count indictment, defendant pleaded guilty to criminal sale of a controlled substance in the third degree and waived her right to appeal.  Under the terms of the plea agreement, County Court agreed to sentence her to one year in jail, to be followed by two years of postrelease supervision, provided that she did not commit any crimes prior to sentencing.  Before sentencing, however, defendant was arrested and charged with criminal sale of a controlled substance in the third degree.  Defendant thereafter admitted to violating a condition of her sentencing in return for dropping the new charge and imposing an enhanced sentence of three years in prison, to be

followed by two years of postrelease supervision.  Defendant reaffirmed her waiver of the right to appeal and was sentenced accordingly.  She now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Lahtinen, J.P., Rose, Devine and Clark, JJ., concur.


ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.




ENTER:


Robert D. Mayberger
Clerk of the Court